**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 5, 2013.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-12-00947-CV

---

### DENISE MICHELLE LUCAS, Appellant

### V.

### DANIEL LEE LUCAS, JR., Appellee

---

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 2003-60822**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 11, 2012. On February 22, 2013, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.